ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISS L. ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC,<br><br>Defendants. | CASE NO. 2:19-cv-01581-APG-NJK<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Eric W. Swanis, Esq. of Greenberg Traurig LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 25th day of September, 2019.

| **C. R. BARD, INC.**<br>Defendant | **BARD PERIPHERAL VASCULAR, INC.**<br>Defendant |
|---|---|
| By: */s/ Greg A. Dadika*<br>Its: Associate General Counsel, Litigation | By: */s/ Greg A. Dadika*<br>Its: Associate General Counsel, Litigation |

1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 25th day of September, 2019.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6155

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 25th day of September, 2019.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or □ Appointed by the Court.

**APPROVED:**

DATED: September 26, 2019

UNITED STATES MAGISTRATE JUDGE

Submitted by:
GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 45984145v1

# CERTIFICATE OF SERVICE

I hereby certify that on **September 25, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Rand P. Nolen
FLEMING NOLEN & JEZ, LLP
Texas Bar No. 00788126
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056-6109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
*Counsel for Plaintiff*

                                          */s/ Evelyn Escobar-Gaddi*
                                          An employee of GREENBERG TRAURIG, LLP

ACTIVE 45984145v1