# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CRISS L. ROGERS,

    Plaintiff(s),

v.

C.R. BARD, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01581-APG-NJK

**ORDER**

This case was recently transferred to this Court from MDL proceedings taking place in the District of Arizona. Pending before the Court is the parties' joint status report. Docket No. 19.[1] The Court hereby **ORDERS** as follows:

First, the parties must promptly conduct a conference that complies with Rule 26(f) of the Federal Rules of Civil Procedure and must file a proposed discovery plan that complies with Local Rule 26-1 by October 25, 2019.

Second, the parties must meet-and-confer regarding a stipulated protective order to enter in this case, as the Court is not inclined to adopt three separate orders that were entered over time

---

[1] The filing is entitled a joint status report "and Proposed Scheduling Order." Docket No. 19 at 1. This appears to be a scrivener's error, as no proposed scheduling order was included.

1

during the MDL proceedings.[2]  No later than October 24, 2019, the parties must file a proposed stipulated protective order.[3,4]

IT IS SO ORDERED.

Dated: October 11, 2019

Nancy J. Koppe
United States Magistrate Judge

---

[2] The Court expresses no opinion herein as to the actual terms of those orders, but rather would prefer to adopt a single order that incorporates all relevant terms.

[3] This must be a stand-alone filing and not simply included within the proposed discovery plan.

[4] The joint status report references a host of other issues.  The Court expresses no opinion herein on any other issues identified in the joint status report.