# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISS L. ROGERS, <br><br> Plaintiff <br><br> v. <br><br> C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, <br><br> Defendants | Case No.: 2:19-cv-01581-APG-BNW <br><br> **Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction** |

The MDL Master Complaint asserts that jurisdiction in this court is based on diversity and that the unofficial southern division of this district is the proper venue. ECF No. 1. However, the complaint does not contain facts regarding the parties' citizenship. It also does not specifically allege that the amount in controversy exceeds $75,000, although it includes facts that appear to support that the jurisdictional threshold is satisfied. *Id.* at 4. Finally, the complaint does not contain sufficient facts to determine whether the case is properly filed in the unofficial northern or southern divisions of this court. *See* LR IA 1-8(a).

I THEREFORE ORDER that by February 7, 2020, the plaintiff shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction (including any additional information the plaintiff would like to present regarding the amount in controversy) and shall present facts relevant to determining in which unofficial division this case should have been filed.

DATED this 8th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE