# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISS L. ROGERS,<br><br>　　　　Plaintiff<br><br>v.<br><br>C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　Defendants | Case No.: 2:19-cv-01581-APG-BNW<br><br>**Order (1) Deeming Order to Show Cause Satisfied and (2) Directing Parties to File Long Form Master Complaint and Answers** |

In light of plaintiff Criss L. Rogers' response to the order to show cause (ECF No. 34),

I ORDER that the order to show cause (ECF No. 33) is deemed satisfied.

I FURTHER ORDER that by February 20, 2020, the plaintiff shall file the long form master complaint and the defendants shall file their answers.[1]

DATED this 10th day of February, 2020.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] According to the plaintiff's show cause response, the long form master complaint and the defendants' answers were not transferred to this court's docket.