ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
          meierg@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  shpallc@gtlaw.com
          tangr@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| CRISS L. ROGERS, | Case No. 2:19-cv-01581-APG-BNW |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| Defendants. | |

Plaintiff Criss L. Rogers ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" and collectively with Plaintiff, the "Parties"), hereby file this Joint Status Report.

/ / /

/ / /

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   On November 20, 2020, this Court granted the Parties' Stipulation to Stay Discovery and All

2   Pretrial Deadlines until January 4, 2021, to allow the Parties time to engage in settlement discussions.

3   [ECF 46.]

4   The Parties have been working diligently and in good faith since the entry of the stay to reach

5   settlement in this matter but have been unable to come to an agreement.

6   Since the discovery deadlines are long since passed, the Parties respectfully request they have

7   until January 15, 2021, to file an Amended Stipulated Discovery Plan and Scheduling Order.

8   Respectfully submitted January 8, 2021.

9

10   **FLEMING, NOLEN & JEZ, LLP**          **GREENBERG TRAURIG, LLP**

11   By:      */s/ Rand P. Nolen*              By:      */s/ Eric W. Swanis*

12   RAND P. NOLEN, ESQ.*                    ERIC W. SWANIS, ESQ.
     *Admitted Pro Hac Vice*                 Nevada Bar No. 6840

13   rand_nolen@fleming-law.com              swanise@gtlaw.com
     2800 Post Oak Blvd., Ste. 4000          GLENN F. MEIER, ESQ.

14   Houston, TX 77056-6109                  Nevada Bar No. 006059
                                             meierg@gtlaw.com

15   PETER C. WETHERALL, ESQ.               10845 Griffith Peak Drive, Suite 600

16   WETHERALL GROUP LTD.                    Las Vegas, Nevada 89135
     Nevada Bar No. 4414

17   pwetherall@wetherallgroup.com           CASEY SHPALL, ESQ.*
     9345 West Sunset Road, Suite 100        GREGORY R. TAN, ESQ.*

18   Las Vegas, Nevada 89148                 *Admitted Pro Hac Vice*
                                             GREENBERG TRAURIG, LLP

19   **Counsel for Plaintiff**              1144 15th Street, Suite 3300
                                            Denver, Colorado 80202

20                                          shpallc@gtlaw.com

21                                          tangr@gtlaw.com

22                                          **Counsel for Defendants**

23                        ORDER

24                **IT IS SO ORDERED**

25   **DATED:** 4:20 pm, January 11, 2021

26

27   **BRENDA WEKSLER**

28   **UNITED STATES MAGISTRATE JUDGE**

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002