ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
       meierg@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com
       tangr@gtlaw.com

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISS L. ROGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>  Defendants. | Case No. 2:19-cv-01581-APG-BNW<br><br>**STIPULATION TO TAKE DEPOSITION OF DR. RAVISHANKAR KONCHADA OUTSIDE FACT DISCOVERY DEADLINE** |

Plaintiff Criss L. Rogers ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate to take deposition of Dr. Ravishankar Konchada outside the fact discovery deadline for the following reasons:

/ / /

/ / /

/ / /

1. Last October, the depositions set to be taken for the Plaintiff and treating physicians were put on hold when the Parties entered into mediation on October 28, 2020.  On November 20, 2020, this Court granted the Parties' Stipulation to Stay Discovery and All Pretrial Deadlines until January 4, 2021, to allow the Parties time to engage in settlement discussions. [ECF 46.]

2. On January 8, 2021, the Parties informed the Court they were unable to come to an agreement on settlement although the 21 other cases that were part of the mediation were settled.  The Parties requested until January 15, 2021, to file an Amended Stipulated Discovery Plan and Scheduling Order. [ECF 47].

3. The Parties filed an Amended Stipulated Discovery Plan and Scheduling Order on January 15, 2021, which the Court denied on January 20, 2021, finding that the Parties had not established good cause for the requested extended discovery period.  The Court granted the Parties until March 1, 2021 to complete fact discovery.  Minute Order (January 20, 2021).

4. One of the fact witnesses in the case, Dr. Ravishankar Konchada (who implanted the Bard IVC Filter in Plaintiff), is currently working and traveling out of the country for the month of February 2021.  Dr. Konchada's attorney, Patricia Daehnke, of the law firm Collinson, Daehnke, Inlow & Greco, has informed the Parties that Dr. Konchada is available to sit for his deposition in March 2021.  The Parties would therefore like to schedule Dr. Konchada's deposition for a date he is available prior to March 19, 2021, with the Court's permission.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

**WHEREFORE**, the Parties respectfully request that they be permitted to conduct Dr. Konchada's deposition on a date he is available prior to March 19, 2021.

**IT IS SO STIPULATED.**

Submitted February 10, 2021.

| | |
|---|---|
| **FLEMING, NOLEN & JEZ, LLP** | **GREENBERG TRAURIG, LLP** |
| By: */s/ Rand P. Nolen*<br>RAND P. NOLEN, ESQ.*<br>*Admitted Pro Hac Vice*<br>rand_nolen@fleming-law.com<br>2800 Post Oak Blvd., Ste. 4000<br>Houston, TX 77056-6109<br><br>PETER C. WETHERALL, ESQ.<br>WETHERALL GROUP LTD.<br>Nevada Bar No. 4414<br>pwetherall@wetherallgroup.com<br>9345 West Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>*Counsel for Plaintiff* | By: */s/ Eric W. Swanis*<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>swanise@gtlaw.com<br>GLENN F. MEIER, ESQ.<br>Nevada Bar No. 006059<br>meierg@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>CASEY SHPALL, ESQ.*<br>GREGORY R. TAN, ESQ.*<br>*Admitted Pro Hac Vice*<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>shpallc@gtlaw.com<br>tangr@gtlaw.com<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated this 16th of February 2021.

_____
**BRENDA WEKSLER**
**United States Magistrate Judge**

3