ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
meierg@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com
tangr@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISS L. ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | Case No. 2:19-cv-01581-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, the law firm of Greenberg Traurig, LLP and Plaintiff Criss Rogers, by and through his counsel of record, the law firm of Fleming, Nolen & Jez, LLP, that the above-captioned action shall be dismissed with prejudice. This stipulation dismisses all of Criss Rogers's claims against all parties in the above-captioned action, including

///

those parties who have not entered their appearance and/or signed the stipulation. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted this 28th day of April 2021.

| FLEMING, NOLEN & JEZ, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By:     */s/ Rand P. Nolen*<br>RAND P. NOLEN, ESQ.*<br>*Admitted Pro Hac Vice*<br>rand_nolen@fleming-law.com<br>2800 Post Oak Blvd., Ste. 4000<br>Houston, TX 77056-6109<br><br>PETER C. WETHERALL, ESQ.<br>WETHERALL GROUP LTD.<br>Nevada Bar No. 4414<br>pwetherall@wetherallgroup.com<br>9345 West Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>**Counsel for Plaintiff** | By:     */s/ Eric W. Swanis*<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>swanise@gtlaw.com<br>GLENN F. MEIER, ESQ.<br>Nevada Bar No. 006059<br>meierg@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>CASEY SHPALL, ESQ.*<br>GREGORY R. TAN, ESQ.*<br>*Admitted Pro Hac Vice*<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>shpallc@gtlaw.com<br>tangr@gtlaw.com<br><br>**Counsel for Defendants** |

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
United States District Judge

Case No. 2:19-cv-01581-APG-BNW

Dated this 29th of April, 2021.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 28, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

                                                                    */s/ Shermielynn Irasga*
                                                    An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002